UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| STONEYBROOKE INVESTORS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AGNESS MCCURRY, )<br>)<br>Defendant. ) | No. 2:24-CV-00082-JRG-CRW |

## JUDGMENT ORDER

For the reasons stated by the Court in the memorandum opinion filed with this Order, Plaintiff Stoneybrooke Investors LLC's Second Amended Application for Attorney Fees [Doc. 32] is **GRANTED**. Defendant Agness McCurry is **ORDERED** to pay the lodestar amount of $875.00 to Plaintiff as reimbursement for the attorney fees accrued opposing her frivolous removal. Plaintiff's original Application for Attorney Fees and Amended Application for Attorney Fees [Docs. 22, 23] are **DENIED as MOOT**. Defendant's Motion for Sanctions [Doc. 39] is **DENIED**. The Clerk is **DIRECTED** to close the file.

So ordered.

ENTER:

                                                                                       s/J. RONNIE GREER
                                           UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

    s/ *LeAnna R. Wilson*
    District Court Clerk